UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | HON. JOSE L. LINARES |
| Plaintiff, | CRIMINAL NO.: 08-349 (JLL) |
| v. | **ORDER MODIFYING CONDITIONS OF BAIL** |
| RAZHAN CAMPBELL, | |
| Defendant. | |

This matter having been opened to the Court by the Law Office of Laurie M. Fierro, P.A., Laurie M. Fierro, Esq. appearing on behalf of defendant Razhan Campbell, on notice to the United States Attorney's Office, Jacob T. Elberg, Esq. for the United States of America and the Office of Pretrial Services, for an Order modifying the conditions of bail to allow Mr. Campbell to attend the wake, funeral and graveside ceremony of his grandmother and the United States Attorneys Office having no objection and the Office of Pretrial Services taking no position, it is on this 28th day of MAY, 2008

ORDERED that the conditions of bail of Defendant Razhan Campbell are modified so as to permit him to attend the wake of his grandmother at Friendship Ministries, 111-113 Oraton Street, Newark, N.J. on Friday, May 30, 2008 between the hours of 7:00 p.m. and 9:00 p.m. plus travel time, and the funeral at Friendship Ministries and the graveside ceremony at Graceland Cemetery, Galloping Hill Road, Kenilworth, N.J. on Saturday, May 31, 2008 beginning at 9:00 a.m., plus travel time, and it is further

ORDERED that all other conditions of bail shall remain in effect and it is further

ORDERED that a copy of this Order shall be provided to Jacob T. Elberg, Esq. and Pretrial Services Officer William Sobchik within 2 days of its receipt by counsel for Razhan Campbell if returned by the Court.

_____
Hon. Jose L. Linares